UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JAMES LUDWIG, CDCR #BU-3868,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>JAMES HILL, Warden,<br><br>　　　　　　　　　　　Respondent. | Case No.: 3:25-cv-01144-RBM-DDL<br><br>**ORDER DISMISSING HABEAS PETITION WITHOUT PREJUDICE**<br><br>**[Doc. 1]** |

On May 5, 2025, Petitioner Kenneth James Ludwig ("Petitioner"), a state prisoner incarcerated at the Richard J. Donovan Correctional Facility in San Diego, California, proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Habeas Petition") and paid the $5.00 filing fee. (Doc. 1.) Petitioner seeks a modification of his state criminal sentence to allow for compassionate release from state custody. (*Id.* at 2–3.)

Petitioner argues that federal courts have authority to order compassionate release from custody. (Doc. 1 at 2 (citing *United States v. Zukerman*, 451 F.Supp.3d 329 (S.D.N.Y. 2020)).) However, Congress only authorized federal courts to grant compassionate release to *federal* prisoners when "extraordinary and compelling reasons" warrant a reduction in sentence, *see* 18 U.S.C. § 3582(c)(1)(A)(i), and Petitioner is not a federal inmate serving a

federal sentence.

Further, because Petitioner is a state prisoner attacking the validity of a state sentence, he may not proceed under 28 U.S.C. § 2241; he may only proceed with a habeas action in federal court under 28 U.S.C. § 2254. *See White v. Lambert*, 370 F.3d 1002, 1006–07 (9th Cir. 2004) (explaining that 28 U.S.C. § 2254 is the proper jurisdictional basis for a habeas petition brought by an individual in state custody pursuant to a state court judgment).

Accordingly, the Court **DISMISSES** Petitioner's Habeas Petition without prejudice.[1]

**IT IS SO ORDERED.**

DATE: May 14, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Petitioner filed a habeas petition pursuant to 28 U.S.C. § 2254 the same day he filed the instant Habeas Petition. (*See* Case No. 3:25-cv-01151-AJB-KSC, Doc. 1.)